UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FRANK BRETT,**

      **Plaintiff,**

v.                                                       **Case No:  6:14-cv-594-Orl-36DAB**

**U.S. MARSHAL LIVINGSTON, U.S.
MARSHAL JENKINS, U.S. MARSHAL
WHITEMAN, CHARLIE FORD,
ORLANDO RESCUE MISSION and
STEVE LUONGO,**

      **Defendants.**
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on April 17, 2014 (Doc. 7). In the Report and Recommendation, Magistrate Judge Baker recommends that the Court deny Plaintiff Frank Brett's Application to Proceed in District Court without Prepaying Fees or Costs; deny Plaintiff's Motion for Court Appointed Attorney; and dismiss this case. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that Plaintiff's complaint is unintelligible and that granting Plaintiff leave to amend would be futile. Accordingly, it is now

      **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED.**

(3) Plaintiff's Motion for a Court Appointed Attorney (Doc. 4) is **DENIED.**

(4) Plaintiff's complaint is **DISMISSED**.

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Orlando, Florida on May 12, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable David A. Baker
Counsel of Record

2